USCA1 Opinion

 

 August 13, 1992 [NOT FOR PUBLICATION] ___________________ No. 92-1495 IN RE: SONJA MARGARETE LAVOIE, Debtor ____________ SONJA MARGARETE LAVOIE, Appellant, v. THE TOWN OF NORTH ATTLEBORO, ET AL., Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ___________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ___________________ Sonja Margarete Lavoie on brief pro se. ______________________ Thomas F. McGuire and McGuire & Callias, Inc. on brief for _________________ ______________________ appellee. __________________ __________________ Per Curiam. Appellant's appeal from the ____________ bankruptcy court order of discharge to the district court was late. Consequently, the district court lacked jurisdiction to hear the appeal. In re Abdallah, 778 F.2d 75, 77 (1st ______________ Cir. 1985), cert. denied, 476 U.S. 1116 (1986). We agree ____ ______ with the district court's March 17, 1992 memorandum and order and affirm its March 17, 1992 order of dismissal for the reasons stated by the district court. Affirmed. ________ -2-